UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCBOUNDS, | No. 2:19-cv-2208 KJN P |
| Plaintiff, | |
| v. | ORDER |
| D. CLAYS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel.  Plaintiff filed his second motion for extension of time to file a response to defendants' October 15, 2020 motion to dismiss (ECF No. 22).  Good cause appearing, plaintiff's request is granted.  However, no further requests for extension will be granted absent a showing of substantial cause.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 34) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file a response.

Dated: February 19, 2021

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mcbo2208.36