IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK McBOUNDS,** | Case No. 2:19-cv-2208 KJM KJN P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **D. CLAYS, et al.,** | |
| Defendant. | |

   Plaintiff is a state prisoner, proceeding pro se.  On July 5, 2022, defendants filed a second request for extension of time to file a responsive pleading.

   Good cause appearing, IT IS HEREBY ORDERED that:

   1. Defendants' request for a thirty-day extension of time to file a responsive pleading is granted; and

   2. Defendants' responsive pleading shall be filed on or before August 7, 2022.

Dated:  July 7, 2022

/mcbo2208.eot2

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE