UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCBOUNDS, | No. 2:19-cv-2208 KJM KJN P |
| Plaintiff, | |
| v. | ORDER AND ORDER TO SHOW CAUSE |
| D. CLAYS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding pro se. On April 12, 2023, plaintiff was reminded of his obligation to file an opposition or statement of no opposition to the pending motion to compel discovery. L.R. 230(l). Twenty-one days passed, and plaintiff has not opposed the motion to compel, or filed a statement of nonopposition to the motion. In light of plaintiff's failure to respond to the written discovery, defendants' motion to compel is partially granted. Plaintiff is ordered to respond to defendants' interrogatories and requests for production within thirty days from the date of this order, and is ordered to show cause, within thirty days, why the requests for admission should not be deemed admitted. Plaintiff is cautioned that failure to respond to defendants' written discovery requests may result in a recommendation that this action be dismissed based on plaintiff's failure to cooperate in discovery. See Fed. R. Civ. P. 37(b)(2)(A) (sanctions may be imposed for failure to comply with a discovery order); Fed. R.

////

1

Civ. P. 37(d)(3) (sanctions may be imposed for failure to serve answers to interrogatories or to respond to request for production of documents).

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to compel (ECF No. 52) is partially granted;
2. Within thirty days from the date of this order, plaintiff shall file written responses to defendants' interrogatories and requests for production of documents, and shall show cause why this court should not deem admitted defendants' requests for admissions; and
3. Plaintiff is cautioned that failure to respond to defendants' written discovery requests or to respond to the instant order to show cause may result in a recommendation that this action be dismissed.

Dated: May 22, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE